# EXHIBIT A

Scott Fuss
Petroglyph Studio
477 Womack Road
Covington, Georgia 30209
770•786•3541

Date of Invoice:
1-27-96

Invoice to:
Matt Patterson
Sweetwater Brewing Company
900 Wendell Court
Atlanta, GA 30336

Description:
Concept, design and illustrate:
Sweetwater Brewing Company Logo (color and black & white versions)     $500.00
Sweetwater Bottle Logo
Sculpt dimensional "Leaping Trout" tap handle

Sub. $500.00

Ttl. $500.00