# EXHIBIT B

**From:** Matt Hoots <mhoots@srtslaw.com>
**Sent:** Monday, December 7, 2020 6:07 PM
**To:** Gregory Smith <gsmith@srtslaw.com>; Steve Schaetzel <SSchaetzel@mcciplaw.com>
**Subject:** [EXTERNAL] Re: Hey man, Gregory Smith here (pleasure and biz)

Thanks, Greg. Steve, it's a pleasure to e-meet you! Attached are copies of the original deposits for copyright registrations VAU1-326-605 and VA2-084-616, both of which are owned by Scott Fuss. Please let us know if your firm is involved with the representation of SweetWater for the pending sale of the company.

Kind regards,
Matt

Matthew T. Hoots

## SMITH | TEMPEL

SMITH TEMPEL BLAHA LLC
1055 Prince Avenue
Athens, Georgia 30606
(706) 621-5773
https://url2.mailanyone.net/v1/?m=1kmPbA-0003ci-5z&i=57e1b682&c=vOobkvdHg1894jKp8sAA6ACdjPYZxE6HbTroIhpo4LKF1ZPV3qKH-bNnDmf7mf67v7x4hM_DAYigzNa-8mqt4L09CWLiQlG9uqrgkb6VDhisBRN6tuTJD_gz6P3dKdlnUJZ5rG4qI2oIQZ8Cd7G0qIVLhsfqXdO6zJGaEgY3L-zXB5bruFegPcLPYYrW905q3dpGIIzc4wVX1inrdu3plw

This e-mail transmission and any documents, files or previous email messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail or by telephone at (770) 709-0080, and destroy the original transmission and its attachments without reading them or saving them to disk. This communication is covered by the Electronic Communications Privacy Act, 18 U.S.C. sections 2510-2521. Thank you.

**From:** Greg Smith <gsmith@srtslaw.com>
**Date:** Monday, December 7, 2020 at 4:49 PM
**To:** <sschaetzel@mcciplaw.com>
**Cc:** "Matthew T. Hoots" <mhoots@srtslaw.com>
**Subject:** Hey man, Gregory Smith here (pleasure and biz)

Steve, trying to give you a buzz but who knows what you may be up to :)

I hope that all is going well, it has been a minute.
If you got my voice mail from Friday, basically the situation we are touching base about deals with Sweet Water.

We have a client that did the original artwork for Sweet Water and has the copyright for the same. It is our understanding that Sweet Water is being purchased and so, we feel it is imperative that the potential buyer is aware that the underlying artwork for the branding, logo and trademarks are owned by our client. My partner, Matt Hoots is running this matter and so I am basically doing a introduction email here so he can fill in some of the details.

But, please let us know if you are representing Sweet Water on this purchase agreement or if your limitation is limited to prosecuting their trademarks.

Sorry we did not hook up on the phone but would love to catch up if you have a minute.

With all the very best,
**Gregory Scott Smith**
**Smith Tempel Blaha LLC**
**Patents || Trademarks || Copyright || Litigation**

Smith Tempel Blaha LLC
**Athens**: 1055 Prince Avenue, Athens GA 30606
(404) 643-3430
gsmith@srtslaw.com

**Atlanta**: 50 Glenlake Parkway, Suite 340
Atlanta GA 30328
(770) 709-0080
www.srtslaw.com
LINKEDIN