# EXHIBIT E

# FORMAL NOTICE TO CEASE AND DESIST



**DATE:**  12:01 EDT (4:01 AM UTC), MAY 19, 2021

**TO:**  ALL PERSONS/ENTITIES INVOLVED IN DISTRIBUTION OR DISPLAY OF SWEETWATER BEER OR ASSOCIATED MERCHANDISE USING RAY SCOTT FUSS'S COPYRIGHTED WORK REFERENCED BELOW <u>AFTER THE DATE 05-18-21</u>

**FROM:**  RAY SCOTT FUSS, Author and Owner

**RE:**  COPYRIGHTED WORK OF SCOTT FUSS, AS AUTHOR AND OWNER OF REGISTERED COPYRIGHTS VAU1-326-605 and VA2-084-616 (namely that certain "Trout banner" and the "SweetWater leaping rainbow trout"; attached; see www.copyright.gov)

***ATTENTION***: Ray Scott Fuss, as author and owner of the REGISTERED COPYRIGHTS VAU1-326-605 and VA2-084-616 (namely that certain "Trout banner" and the "SweetWater leaping rainbow trout"), hereby gives notice and demand that all persons and entities cease and desist from any distribution or public display after the date 05-18-21 of the above COPYRIGHTED WORK *in any form*, if without lawful license from Ray Scott Fuss, as such right to distribute and display are among the exclusive rights of and held exclusively by Ray Scott Fuss, as author and owner, pursuant to 17 U.S.C.S. § 106(3) and (5). This includes, but is not limited to, the shipment, delivery, display for sale, advertising in any medium, and selling any beer (whether in containers, bottles, or boxes so marked) or any associated and related merchandise, including posters, banners, paintings, hats, t-shirts, glasses, mugs, stickers, and all other such copies or displays available for viewing or purchase by the public that have affixed or printed thereon any Copyrighted Work. Ray Scott Fuss is the rightful author and owner, a fact acknowledged formally in a notarized document signed by Mr. Freddy Bensch on October 25, 2002. (A copy is available upon written request with return postage prepaid). Hereby cease and desist from any violation of Ray Scott Fuss's rights as author and owner of said Copyrighted Work. Ray Scott Fuss reserves all rights, claims, causes of actions, remedies, damages, costs and fees against any person or entity violating or infringing his exclusive rights to authorize, display, or distribute said Copyrighted Work. For further information, please contact legal counsel for Scott Fuss: Blaine A. Norris, PC, c/o Blaine Norris and John Autry, 706-850-9400, blaine@NorrisInjuryLaw.com and john@NorrisInjuryLaw.com, www.NorrisInjuryLaw.com, 1143 Prince Ave., Athens, GA 30606., with copies to co-counsel Smith Tempel Blaha LLC, c/o Matthew T. Hoots and Gregory Scott Smith, 706-621-5777, mhoots@srtslaw.com, gsmith@srtslaw.com, www.srtslaw.com, 1055 Prince Ave., Athens, GA 30606. This 19th day of May, 2021.

*Scott Fuss*
Scott Fuss (May 19, 2021 16:13 EDT)

s/ Ray Scott Fuss, Author and Owner

```
Type of Work:      Visual Material

Registration Number / Date:
                   VAu001326605 / 2018-03-07

Application Title: Trout banner.

Title:             Trout banner.

Description:       Electronic file (eService)

Copyright Claimant:
                   Ray Scott Fuss.

Date of Creation:  1996

Authorship on Application:
                   Ray Scott Fuss; Domicile: United States; Citizenship:
                      United States. Authorship: 2-D artwork.

Rights and Permissions:
                   Ray Scott Fuss, (770) 787-0806, (770) 712-6639,
                      starrsvillescott@hotmail.com

Names:             Fuss, Ray Scott

================================================================================
```

SF

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002084616 / 2017-09-26

Application Title: Sweetwater leaping rainbow trout.

Title:             Sweetwater leaping rainbow trout.

Description:       Electronic file (eService)

Copyright Claimant:
                   Ray Scott Fuss, 1962-   .

Date of Creation:  1996

Date of Publication:
                   1997-04-20

Nation of First Publication:         .
                   United States

Authorship on Application:
                   Ray Scott Fuss, 1962-    (author of anonymous
                      contribution); Citizenship: United States. Authorship:
                      2-D artwork.

Rights and Permissions:
                   Ray Scott Fuss, (770) 787-0806, (770) 712-6639,
                      starrsvillescott@hotmail.com

Names:             Fuss, Ray Scott, 1962-

================================================================================
```

SF

# FORMAL NOTICE TO CEASE AND DESIST 051921

Final Audit Report                                                                 2021-05-19

| | |
|---|---|
| Created: | 2021-05-19 |
| By: | BLAINE NORRIS (blaine@NorrisInjuryLaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAobf0FZycHIXW-5Fo5gjK5AKP3MMhJFDe |

## "FORMAL NOTICE TO CEASE AND DESIST 051921" History

- Document created by BLAINE NORRIS (blaine@NorrisInjuryLaw.com)
  2021-05-19 - 8:00:25 PM GMT- IP address: 24.158.247.70

- Document emailed to Scott Fuss (sfuss@ssemc.com) for signature
  2021-05-19 - 8:00:56 PM GMT

- Email viewed by Scott Fuss (sfuss@ssemc.com)
  2021-05-19 - 8:12:18 PM GMT- IP address: 38.101.153.10

- Document e-signed by Scott Fuss (sfuss@ssemc.com)
  Signature Date: 2021-05-19 - 8:13:21 PM GMT - Time Source: server- IP address: 38.101.153.10

- Agreement completed.
  2021-05-19 - 8:13:21 PM GMT

Adobe Sign